Walter Feder, an Infant, etc., by Isidore Feder, His Guardian ad Litem, Respondent, v. Ambassador Holding Corporation and Simon Gluckstern,

Appellants, Impleaded with Others. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.